**1200 YOUNGBLOOD vs. STELLWAGEN (County Treasurer, Wayne), 33 M., 1.**

Relator had been township treasurer, but the territory within which he resided had been taken from the township and annexed to the City of Detroit, whereupon the township board appointed another township treasurer.

Held, that relator was not treasurer of the township and had no right to the moneys which he sought to compel payment of.

Decided October 26, 1875.


**1201 GRAND RAPIDS GUARDS vs. BULKLEY, No. 13286, 97 M., 610.**

To compel a treasurer to deliver over to alleged successor, books, moneys, etc., in a case where the Board of Directors elected to serve from and after January 1, met before January 1, and assumed to elect said successor.

Denied February 1, 1893, with costs.